# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1531**
**CA 10-00164**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

---

IN THE MATTER OF THE ADMINISTRATION OF THE
ESTATE OF CAROL PETOTE, DECEASED.
------------------------------------------

MEMORANDUM AND ORDER

KAREN M. PETOTE, PETITIONER-APPELLANT;

THOMAS CHICHESTER, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

MICHAEL STEINBERG, ROCHESTER, FOR PETITIONER-APPELLANT.

MICHAEL A. ROSENHOUSE, ROCHESTER, FOR RESPONDENT-RESPONDENT.

---

Appeal from an order of the Surrogate's Court, Monroe County
(Edmund A. Calvaruso, S.), entered February 26, 2009. The order
awarded respondent attorney's fees.

It is hereby ORDERED that the order so appealed from is
unanimously reversed on the law without costs.

Same Memorandum as in *Matter of Petote* ([appeal No. 1] ___ AD3d
___ [Feb. 10, 2011]).

Entered: February 10, 2011

Patricia L. Morgan
Clerk of the Court